IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Kalvin Dontay Hunt, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Beaufort County Detention Center medical; ) <br> Phillip Foot; Karen Singleton; Major Allen; ) <br> Lt. Grant, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 8:15-4386-TMC-JDA <br><br> **ORDER** |

Plaintiff, Kalvin Dontay Hunt, proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. In accordance with 28 U.S.C. § 636(b)(1) and Local Civ. Rule 73.02, DSC, this matter was referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that Defendant Beaufort County Detention Center be dismissed from this action without prejudice and without issuance and service of process. (ECF No. 17). Plaintiff was advised of his right to file objections to the Report. (ECF No. 17 at 6). Plaintiff has filed objections. (ECF No. 21).

The magistrate judge makes only a recommendation to the court. The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In making that determination, the court is charged with conducting a de novo review of those portions of the Report to which either party specifically objects. *See* 28 U.S.C. § 636(b)(1). Then, the court may accept, reject, or modify the Report or recommit the matter to the magistrate judge. *Id.*

The Report recommended dismissing Defendant Beaufort County Detention Center medical because it is not a person subject to suit pursuant to § 1983. (ECF No. 17 at 3).

1

2

Although Plaintiff has filed objections, his objections are unspecific and do not relate to whether Beaufort County Detention Center should be dismissed from this action. (ECF No. 21). Instead his objections raise a litany of questions that Plaintiff would like to ask the individual defendants named in the complaint. (ECF No. 21). Because the Report does not address the dismissal of the individual defendants, these questions are unrelated to the dispositive portions of the Report.

Therefore, after a thorough review of the Report and the record in this case, the court adopts the Magistrate Judge's Report (ECF No. 17) and incorporates it herein. It is therefore **ORDERED** that Defendant Beaufort County Detention Center medical is hereby **DISMISSED** from Plaintiff's action without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

February 4, 2016
Anderson, South Carolina